# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

V.                  Case No. 4:22-CR-00157-LPR-1

CAMERON KESHAWN TAYLOR                                      DEFENDANT

### ORDER TO LODGE DETAINER

Defendant appeared today with counsel for plea and arraignment. Defendant reserved his right to a bond hearing but is presently in state custody. Thus, the Court lodges a detainer.

Federal criminal charges pending in the United States District Court for the Eastern District of Arkansas require the appearance of the above-named Defendant for a bond hearing following his posting of bond or otherwise arranging terms of release from the custody of the state, county, or local custodial authority (the "custodial authority").

IT IS THEREFORE ORDERED that the U.S. Marshal shall file a Detainer with the appropriate custodial authority which, along with this Order, shall constitute a hold on the above-named Defendant.

IT IS FURTHER ORDERED that, upon notification by the custodial authority that the above-named Defendant has made arrangements for his release on the criminal charges, the United States Marshal shall assume custody of the above-named Defendant and transport him to the United States District Court for the Eastern District of Arkansas.

SO ORDERED this 16th day of June, 2022.

_____
UNITED STATES MAGISTRATE JUDGE